294 So.2d 471

In re Troy R. ZEIGLER

v.

STATE of Alabama.

Ex parte STATE of Alabama ex rel.
ATTORNEY GENERAL.

SC 655.

Supreme Court of Alabama.

May 9, 1974.

William J. Baxley, Atty. Gen., and David W. Clark, Asst. Atty. Gen., for the State.

P. Richard Hartley, Greenville, for respondent.

PER CURIAM.

The Writ of Certiorari was granted in this cause on January 24, 1974. After further examination, we are of the opinion that the writ was improvidently granted. Consequently, the writ is due to be quashed.

Writ quashed.

HEFLIN, C. J., and MERRILL, HARWOOD, MADDOX and FAULKNER, JJ., concur.